UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES GARRETT HARDING | No. C 11-2720 PJH (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| SONOMA COUNTY COURTS JUDGES and ROBERT LAFORGE, | |
| Defendants. | |

This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: May 3, 2012.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.11\HARDING2720.DSM.wpd